# United States District Court
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **SUZAN JETER** | § | |
| | § | |
| v. | § | Cause No. 6:13-cv-402 |
| | § | |
| **FAZIO, INC., D/B/A KWIK STOP, AND** | § | |
| **MOHAMMED ANWAR, INDIVIDUALLY** | § | |

### FINAL JUDGMENT

In accordance with the Court's Final Order of Dismissal, it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**

**SIGNED this 2nd day of August, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE